[No. 36590-1-II.  Division Two.  September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY QUINTA MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00689-7, Christine A. Pomeroy, J., entered July 19, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 26360-6-III.  Division Three.  September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL LYN DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 06-1-00158-2, Richard W. Miller, J., entered July 30, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 26428-9-III.  Division Three.  September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ARISTENE CORNELIUS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-01500-8, Michael E. Schwab, J., entered August 6, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 26435-1-III.  Division Three.  September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GEDDY LEE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00948-6, Harold D. Clarke III, J., entered August 28, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.